UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELMYS GARCIA, on behalf of herself and
all others similarly situated,

      Plaintiff,

v.         Case No.: 2:20-cv-00528-JLB-NPM

CONVERGENT OUTSOURCING, INC.,

      Defendant.
_____/

### ORDER

The parties have reached a settlement. (Doc. 8.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is directed to close the case.

**ORDERED** in Fort Myers, Florida, on August 31, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE